UNITED STATES ex rel. Albert KUMITIS, Appellant,

v.

Alfred T. RUNDLE, Warden, State Correctional Institution, Philadelphia, Pennsylvania.

No. 14620.

United States Court of Appeals Third Circuit.

Argued Feb. 19, 1964.

Decided March 5, 1964.

Rehearing Denied April 22, 1964.

Jay Meyers, Philadelphia, Pa., for appellant.

No appearance and no brief filed for appellee.

Before KALODNER and HASTIE, Circuit Judges and KIRKPATRICK, District Judge.

PER CURIAM.

On review of the record we find no error. The Order of the District Court will be affirmed. D.C., 220 F.Supp. 768.

Ernest C. JOHNSON, Appellant,

v.

Dr. John P. SHOVLIN, Superintendent of Farview State Hospital, Waymart, Pa.

No. 14705.

United States Court of Appeals Third Circuit.

Submitted March 12, 1964.

Decided April 13, 1964.

Mr. Ernest C. Johnson, pro se.

Walter A. Alessandroni, Atty. Gen., Harrisburg, for appellee.

Before BIGGS, Chief Judge, and HASTIE and SMITH, Circuit Judges.

PER CURIAM.

The appeal of the petitioner appellant from the decision of the court below denying him a writ of habeas corpus is without merit. Consequently, the order appealed from will be affirmed.

STANDARD KOLLSMAN INDUSTRIES, INC., Appellant,

v.

SARKES TARZIAN, INC.

No. 14464.

United States Court of Appeals Third Circuit.

Argued March 9, 1964.

Decided April 13, 1964.

Sidney G. Faber, New York City (Jerome M. Berliner, Ostrolenk, Faber, Gerb & Soffen, New York City, on the brief), for appellant.

M. Hudson Rathburn, Chicago, Ill., (Reginald K. Bailey, Clemens Hufmann, Chicago, Ill., Herbert A. Bernstein, Lesnik & Amoscato, Newark, N. J., Mason, Kolehmainen, Rathburn & Wyss, Chicago, Ill., on the brief), for appellee.

Before BIGGS, Chief Judge, and HASTIE and SMITH, Circuit Judges.

PER CURIAM.

A careful examination of the record and briefs of the parties and consideration of the oral arguments convince us that the court below committed no error. Accordingly, the judgment will be affirmed upon the succinct and comprehensive opinion of Judge Wortendyke.